AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Christopher Williams<br><br>*Plaintiff(s)*<br>v.<br>Lafayette Avenue Properties LLC<br>and<br>Golden Boys Bagel Inc.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-3983 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Adam Hanski, Esq.,
> Hanski Partners LLC
> 4 International Dr, Ste 110, Rye Brook, New York 10573
> email: ash@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
CLERK OF COURT

Date: 7/18/2025                                                    *Shirley Mora*
                                                                   *Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS

The following is the name and service address of the defendants for the Proposed Summons:

1. Lafayette Avenue Properties LLC
   c/o  Peter Costabile
   93 Ninth Street,
   Garden City, NY 11530

2. Golden Boys Bagel Inc.
   73 Lafayette Avenue,
   Brooklyn, NY  11217